**Order entered January 21, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-01040-CR**
**No. 05-19-01041-CR**
**No. 05-19-01042-CR**

**JOE ANGEL RODRIGUEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-17189-R, F18-76663-R & F18-17190-R**

## ORDER

Before the Court is appellant's January 15, 2020 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before February 14, 2020.

/s/     BILL PEDERSEN, III
            JUSTICE